Name and address
Mark Roesler
9777 Wilshire Boulevard
Penthouse 1018,
Beverly Hills, California 90212

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DRUYAN-SAGAN ASSOCIATES, Inc., a Delaware corporation,

Plaintiff(s)

v.

LUMA AI, Inc., a Delaware corporation; and DOES 1-10, inclusive,

Defendant(s).

CASE NUMBER

2:26-cv-09474

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Roesler, Mark
*Applicant's Name (Last Name, First Name & Middle Initial)*

310-299-8289
*Telephone Number*

*Fax Number*

Mark@CMGWorldwide.com
*E-Mail Address*

of

CMG Law, APC
9777 Wilshire Boulevard,
Suite 1018
Beverly Hills, CA 90212
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Druyan-Sagan Associates, Inc.

*Name(s) of Party(ies) Represented* ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Roesler, Joey
*Designee's Name (Last Name, First Name & Middle Initial)*

353127
*Designee's Cal. Bar No.*

317-908-4300
*Telephone Number*

*Fax Number*

Joey@CMGWorldwide.com
*E-Mail Address*

of

CMG Law, APC
9777 Wilshire Boulevard,
Suite 1018
Beverly Hills, CA 90212
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**