Jordan R. Jaffe, State Bar 254886
Email: jjaffe@wsgr.com
Joshua A. Baskin, State Bar 294971
Email: jbaskin@wsgr.com
David M. Fox, State Bar 330074
Email: dfox@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329

*Attorneys for Defendant*
Luma AI, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DRUYAN-SAGAN ASSOCIATES, INC., a Delaware corporation,

Plaintiff,

v.

LUMA AI, INC., a Delaware corporation; and DOES 1-10, inclusive,

Defendants.

Case No.: 2:26-cv-09474-MWF-DSR

**DEFENDANT LUMA AI, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**
[Fed. R. Civ. P. 12(b)(6)]

Date: December 16, 2026
Time: 10:00 a.m.
Courtroom: 5A, 5th Floor
Before: Hon. Michael W. Fitzgerald

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 16, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West 1st Street Los Angeles, California 90012, before the Honorable Michael W. Fitzgerald, Defendant Luma AI, Inc. ("Luma") will and hereby does move under Federal Rule of Civil Procedure 12(b)(6) to dismiss in part the Complaint (ECF 1) filed by Plaintiff Druyan-Sagan Associates, Inc. ("Plaintiff").

Luma moves to dismiss Plaintiff's Lanham Act claim (Second Cause of Action), its common-law unfair competition claim (Third Cause of Action), and its claim that Luma is secondarily liable for copyright infringement (part of the First Cause of Action), for failure to state a claim upon which relief can be granted. The Lanham Act claim seeks to remedy the alleged use of copyrighted material, which the Lanham Act does not reach, and does not plead a protectable trademark. The unfair competition claim does not plead "passing off" and falls with the Lanham Act claim. To the extent the unfair competition claim rests on the alleged copying, it is preempted by the Copyright Act. It also does not plead the corporate malice required for punitive damages. The secondary liability claim pleads no third-party direct infringer and no facts satisfying the elements of contributory or vicarious liability.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and records on file, and any argument the Court may permit. This motion is made following the conference of counsel under L.R. 7-3, which took place on October 27, 2026.

Dated: November 3, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Joshua A. Baskin
Joshua A. Baskin
*Attorneys for Defendant*
*Luma AI, Inc.*