Jordan R. Jaffe, State Bar 254886
Email: jjaffe@wsgr.com
Joshua A. Baskin, State Bar 294971
Email: jbaskin@wsgr.com
David M. Fox, State Bar 330074
Email: dfox@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329

*Attorneys for Defendant*
Luma AI, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DRUYAN-SAGAN ASSOCIATES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUMA AI, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-09474-MWF-DSR<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Courtroom: 5A, 5th Floor<br>Before: Hon. Michael W. Fitzgerald |

Plaintiff Druyan-Sagan Associates, Inc. ("Plaintiff") and defendant Luma AI, Inc. ("Defendant") by and through their attorneys of record stipulate as set forth below.

**WHEREAS**, on August 25, 2026, Plaintiff filed its Complaint (Dkt. No. 1) in this action.

**WHEREAS**, on September 8, 2026, Defendant waived service of summons in this action, setting the date for Defendant's answer or motion under Rule 12 for November 3, 2026.

**WHEREAS**, Defendant filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) on November 3, 2026 (the "Motion"), with a hearing date set for December 16, 2026.

**WHEREAS**, under the Central District of California Local Rules and this Court's scheduling order, Plaintiff's opposing papers would be due on November 25, 2026 (L.R. 7-9) and Defendant's reply papers would be due on December 2, 2026 (L.R. 7-10).

**WHEREAS**, subject to the Court's approval and without waiving or derogating any other rights the parties may enjoy, including under the Federal Rules of Civil Procedure, Plaintiff and Defendant have agreed to a briefing schedule on the Motion to accommodate the parties' schedules and holiday plans.

Accordingly, the parties **HEREBY STIPULATE**:

1. November 18, 2026, will be the last day for Plaintiff to file and serve upon Defendant and file with the Clerk its opposing papers (L.R. 7-9).
2. November 25, 2026, will be the last day for Defendant to serve and file its reply papers (L.R. 7-10).

Dated: November 6, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Joshua A. Baskin
Joshua A. Baskin
*Attorneys for Defendant*
*Luma AI, Inc.*

Dated: November 6, 2026

CMG LAW, APC

By: /s/Ashkon M. Ariaee
Ashkon M. Ariaee
*Attorneys for Plaintiff*
*Druyan-Sagan Associates, Inc.*

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Joshua A. Baskin
Joshua A. Baskin
*Attorneys for Defendant*
*Luma AI, Inc.*