**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DRUYAN-SAGAN ASSOCIATES, INC.,

Plaintiff,

v.

LUMA AI, INC., et al.,

Defendants.

Case No. CV 26-9474-MWF(DSRx)

ORDER GRANTING JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS

The Court has considered the parties' Joint Stipulation Setting Briefing Schedule for Motion to Dismiss (the "Stipulation"). (Docket No. 20). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss ("MTD" (Docket No. 19)) shall be filed no later than November 18, 2026.
2. Defendant's Reply in support of its MTD shall be filed no later than November 25, 2026.
3. The hearing on the MTD, noticed for December 16, 2026, at 10:00 a.m., is unchanged and remains on calendar.

IT IS SO ORDERED.

Dated: November 6, 2026

MICHAEL W. FITZGERALD
United States District Judge